Case 15-03099    Doc 7    Filed 02/05/15    Entered 02/06/15 11:00:09    Desc Main
Document    Page 1 of 1

15-03099:4.0:Application for Installment Agreement:Main Document Entered: 1/30/2015 2:45:43 PM by:Charles McMullen Page 2 of 2

**Fill in this information to identify the case:**

Debtor 1: **Tanika** (First Name)  **M** (Middle Name)  **Hearring** (Last Name)

Debtor 2 (Spouse, if filing): First Name ___ Middle Name ___ Last Name ___

United States Bankruptcy Court for the: ___  District of ___ (State)

Case number (If known): **15 B 3099**

Chapter filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[☒] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110 | 2-27-15 Month / day / year |
| $ 100 | 3-13-15 Month / day / year |
| $ 100 | 3-31-15 Month / day / year |
| + $ ___ | ___ Month / day / year |
| **Total** $ 310 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**2-5-14**
Month / day / year

By the court: **J. Cox** / *Jacqueline P. Cox*
United States Bankruptcy Judge